IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRUDY GILLELAND | ) |
| | ) |
|    Plaintiff | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) FILE NO. 1:18-cv-5827-AT |
| | ) |
| AETNA LIFE INSURANCE COMPANY | ) |
| AND COX ENTERPRISES, INC. | ) |
| | ) |
|    Defendant | ) |

## NOTICE OF SETTLEMENT

Now come plaintiff TRUDY GILLELAND and defendant AETNA LIFE INSURANCE COMPANY AND COX ENTERPRISES, INC., by and through their respective attorneys of record, and give notice that the parties have reached an agreement to settle this matter. Once the settlement has been consummated the parties intend to file a stipulation of dismissal with the Court.

Respectfully Submitted this _24th_ day of May, 2019.

| | |
|---|---|
| *s/Elizabeth J. Bondurant* | *s/Heather K. Karrh* |
| Elizabeth J. Bondurant | Heather K. Karrh |
| Georgia Bar No. 066690 | Ga. State Bar No. 408379 |
| | |
| *s/Nikole M. Crow* | Attorney for Plaintiff |
| Nikole M. Crow | |
| Georgia Bar No. 198359 | ROGERS, HOFRICHTER & KARRH, LLC |
| | |
| Attorneys for Defendant | 225 S. Glynn Street, Suite A |

WOMBLE  BOND
DICKINSON (US) LLP
  & RICE, LLP
271 17th Street, NW, Suite 2400
Atlanta, GA 30363-1017
(404)872-7000 (*Telephone*)
(404)888-7290 (*Facsimile*)
*lisa.bondurant@wbd-us.com*
*nikole.crow@wbd-us.com*

Fayetteville, GA 30214
(770)460-1118 (*Telephone)*
(770)460-1920 (*Facsimile)*
*hkarrh@rhkpc.com*