IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRUDY GILLELAND | ) |
| | ) |
| Plaintiff | ) |
| | ) CIVIL ACTION FILE NUMBER |
| v. | ) |
| | ) 1:18-CV-5827-AT |
| AETNA LIFE INSURANCE | ) |
| COMPANY and COX | ) |
| ENTERPRISES, INC. | ) |
| | ) |
| Defendants | ) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Now come plaintiff TRUDY GILLELAND and defendants AETNA LIFE INSURANCE COMPANY and COX ENTERPRISES, INC., and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice.  The Parties shall each bear their own costs and attorneys' fees.

This 7th day of June, 2019.

[*signatures on following page*]

s/ *Heather K. Karrh*
Heather K. Karrh
Georgia Bar No. 408379

Attorney for Plaintiff

ROGERS, HOFRICHTER
   & KARRH, LLC
225 S. Glynn Street, Suite A
Fayetteville, Georgia 30214
(770) 460-1118 (telephone)
(770) 460-0920 (facsimile)
mhofrichter@rhkpc.com

s/ *Elizabeth J. Bondurant*
Elizabeth J. Bondurant
Georgia Bar No. 066690
s/ *Nikole M. Crow*
Nikole M. Crow
Georgia Bar No. 198359

Attorneys for Defendants

WOMBLE BOND DICKINSON (US) LLP
271 17th Street, N.W., Suite 2400
Atlanta, Georgia 30363-1017
(404) 872-7000 (telephone)
(404) 888-7490 (facsimile)
lisa.bondurant@wbd-us.com
nikole.crow@wbd-us.com